IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:09-CR-00026-RLV-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARAY ROMEZ WALLER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on "Motion for Admission Pro Hac Vice and Affidavit [for Katryna Lyn Spearmant]" (document # 53) filed October 14, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 18, 2020

David S. Cayer
United States Magistrate Judge